UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF MARGARET A.
FLUEGGE and SAFEVEST OAKLAND
ACQUISITION, LLC, on behalf of themselves
and others similarly situated,

    Case Number 19-10175
    Honorable David M. Lawson

    Plaintiffs,

v.

CITY OF WAYNE,

    Defendant.

_____/

## **JUDGMENT**

Based on the opinion and order granting the defendant's motion to file a response to the plaintiffs' sur-reply, granting the defendant's motion to dismiss, and dismissing the amended complaint with prejudice,

It is **ORDERED AND ADJUDGED** that the defendant's motion to file a response to the plaintiffs' sur-reply (ECF No. 29) is **GRANTED**.

It is further **ORDERED AND ADJUDGED** that the defendant's motion to dismiss (ECF No. 13) is **GRANTED**.

It is further **ORDERED AND ADJUDGED** that the amended complaint is **DISMISSED WITH PREJUDICE**.

    s/David M. Lawson
    DAVID M. LAWSON
Date:  March 2, 2020    United States District Judge

-2-

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on March 2, 2020.

s/Susan K. Pinkowski<br>SUSAN K. PINKOWSKI